UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IRMA RAMIREZ AND DAREN HEATHERLY,

    Plaintiffs,

    vs.

TORREZ TAQUERIA INCORPORATED dba TAQUERIA EL JALAPENO, RAYMOND K. CHAN, IVY S.L. LO aka SHEUNG L. LO AND ELVIA RAMIREZ TORREZ,

    Defendants.

Case No.: 12-CV-3460 YGR

**ORDER SETTING COMPLIANCE HEARING**

TO ALL PARTIES AND COUNSEL OF RECORD:

A compliance hearing regarding the parties' compliance with General Order 56 and this Court's Scheduling Order issued July 2, 2012 (Dkt No. 2) shall be held on **Friday, December 21, 2012**, on the Court's 9:01 a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, in a courtroom to be designated.

Five (5) business days prior to the date of the compliance hearing, the parties shall file a JOINT STATEMENT of no more than four pages confirming that the parties are complying with the deadlines previously ordered in a timely manner. If the Court is satisfied with the Joint Statement, the parties need not appear and the compliance hearing will be taken off calendar. Otherwise, telephonic appearances may be allowed if the parties have submitted a joint statement in a timely fashion.

**IT IS SO ORDERED**.

Dated: December 3, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**