**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IRMA RAMIREZ AND DAREN HEATHERLY,<br><br>    Plaintiffs,<br><br>    vs.<br><br>TORREZ TAQUERIA INCORPORATED dba TAQUERIA EL JALAPENO, RAYMOND K. CHAN, IVY S.L. LO AKA SHEUNG L. LO AND ELVIA RAMIREZ TORREZ,<br>    Defendants. | **Case No.:  12-CV-3460 YGR**<br><br>**ORDER SETTING COMPLIANCE HEARING** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court understands, based upon the Certification of ADR Session filed August 27, 2013, that the above-captioned case has settled.  A compliance hearing shall be held on **Friday, November 15, 2013,** on the Court's **9:01a.m.** Calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California in Courtroom 5.

Five (5) business days prior to the date of the compliance hearing, the parties shall file either (a) a Stipulation of Dismissal; or (b) a one-page **JOINT STATEMENT** setting forth an explanation regarding the failure to comply.  If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion.  Failure to do so may result in sanctions.

**IT IS SO ORDERED**.

Dated: November 1, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**