1  THOMAS E. FRANKOVICH (State Bar #074414)
   GEORGE S. KHOURY (State Bar #269738)
2  THOMAS E. FRANKOVICH
   *A PROFESSIONAL LAW CORPORATION*
3  4328 Redwood Hwy, Suite 300
   San Rafael, CA   94903
4  Telephone:    415/674-8600
   Facsimile:     415/674-9900
5  tfrankovich@disabilitieslaw.com

6  Attorney For Plaintiffs ,

UNITED STATES DISTRICT COURT

DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRMA RAMIREZ and DAREN HEATHERLY,<br><br>Plaintiffs,<br>v.<br><br>TORREZ TAQUERIA INCORPORATED, a California Corporation dba TAQUERIA EL JALAPENO; RAYMOND K. CHAN and IVY S.L. LO aka SHEUNG L. LO; and ELVIA RAMIREZ TORREZ, an individual dba JALAPENO TAQUERIA,<br><br>Defendants. | **CASE NO. CV-12-3460-YGR**<br><br>**STIPULATION OF DISMISSAL AND [~~PROPOSED~~] ORDER THEREON**<br>AS MODIFIED BY THE COURT |

The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(2). Outside of the terms of the Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own costs and attorneys' fees. The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement. *See* <u>Kokonen v. Guardian Life Ins. Co.</u>, 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

1  Therefore, IT IS HEREBY STIPULATED by and between parties to this action through
2  their designated counsel that the above-captioned action become and hereby is dismissed with
3  prejudice pursuant to Federal Rules of Civil Procedure 41(a)(2).
4  This stipulation may be executed in counterparts, all of which together shall constitute
5  one original document.

7  Dated: January 8, 2014               THOMAS E. FRANKOVICH
                                        *A PROFESSIONAL LAW CORPORATION*

9                                       By: /s/ Thomas E. Frankovich
10                                      Attorneys for Plaintiffs IRMA RAMIREZ and
                                        DAREN HEATHERLY,

14 Dated: November 15, 2013             PHILLIPS, SPALLAS & ANGSTADT, LLP

16                                      By: /s/ Bradley J. Jameson
                                            Bradley J. Jameson
17                                      Attorney for Defendants TORREZ TAQUERIA
                                        INCORPORATED, a California Corporation dba
18                                      TAQUERIA EL JALAPENO, ELVIA RAMIREZ
                                        TORREZ, an individual dba JALAPENO
19                                      TAQUERIA

22 Dated: November __, 2013             RAYMOND K. CHAN -In Pro Per

24                                      By:_____
                                            Raymond K. Chan

INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
|---|---|---|---|---|
| November 11, 2013 11:34:28 AM CST | 415 753 1084 | 50 | 1 | Received |

FROM : LAM'S VIDEO & LASER   PHONE NO. : 415 753 1084   Nov. 11 2013 11:23AM P1

1     Therefore, IT IS HEREBY STIPULATED by and between parties to this action through
2 their designated counsel that the above-captioned action become and hereby is dismissed with
3 prejudice pursuant to Federal Rules of Civil Procedure 41(a)(2).
4     This stipulation may be executed in counterparts, all of which together shall constitute
5 one original document.

7 Dated: November 7, 2013     THOMAS E. FRANKOVICH
    *A PROFESSIONAL LAW CORPORATION*

9     By:_____
10     Attorneys for Plaintiffs IRMA RAMIREZ and DAREN HEATHERLY,

14 Dated: November 6, 2013     PHILLIPS, SPALLAS & ANGSTADT, LLP

16     By:_____
    Bradley J. Jameson
17     Attorney for Defendants TORREZ TAQUERIA
    INCORPORATED, a California Corporation dba
18     TAQUERIA EL JALAPENO, ELVIA RAMIREZ
    TORREZ, an individual dba JALAPENO
19     TAQUERIA

22 Dated: November __, 2013     RAYMOND K. CHAN -In Pro Per

    By: /s/ Raymond K. Chan
    Raymond K. Chan

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON     CASE NO. CV-12-3460-YGR     -2-

Dated: November ___, 2013         IVY S.L. LO aka SHEUNG L. LO -In Pro Per

By: _____IvyLo_____
Ivy S. l. Lo Aka Sheung L. Lo

### ORDER

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(2). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary FOR ONE YEAR FROM THE DATE OF ENTRY OF THIS ORDER.

Dated: January 9, 2014, ~~2013~~x

_____
Honorable Yvonne G. Rogers
UNITED STATES DISTRICT JUDGE